Mary B. Murphy, as Administratrix of the Estate of John J. Murphy, Deceased, Respondent, v. Ludlum Steel Company, Appellant.

*Murphy* v. *Ludlum Steel Co.*, 182-App. Div. 139, affirmed.
(Argued October 24, 1919; decided December 9, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Decedent and his wife (the plaintiff) were employed by the defendant and occupied a house on premises owned by defendant for which they paid rent. On the morning of the accident they started together for the defendant's plant, the intestate carrying a basket of laundry at the request of his wife for use in the restaurant conducted by her at the plant. As they passed through their yard an electric wire used by defendant to carry a current of high voltage broke and fell on intestate, causing his death. The question was whether the accident was within the purview of the Workmen's Compensation Law and the plaintiff's remedy limited to the relief prescribed thereunder.

*Andrew J. Nellis* for appellant.

*Daniel J. Dugan* and *Isadore Bookstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Chase, Hogan, Cardozo and Crane, JJ. Dissenting: Hiscock, Ch. J.. Collin and Andrews, JJ.